Argued and submitted November 30, remanded for resentencing in part; otherwise affirmed December 23, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ALPHONSO CAMPBELL,
*Appellant.*

(91C-20315; CA A73684)

842 P2d 815

Steven V. Humber, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy L. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Remanded for resentencing on conviction for robbery in the first degree; otherwise affirmed. *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).